# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENSCRIPT CORPORATION AND YUN YANG,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>AA PEPTIDES, LLC a/k/a AAPPTEC, a/k/a AAPPTECH, a/k/a Advanced Automated Peptide Protein Technologies, a/k/a APPTECH,<br><br>　　　　Defendant. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 9-CV-4489 (DMC-JAD) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before this Court upon motion by to transfer venue and upon motion to dismiss by AA PEPTIDES, LLC a/k/a AAPPTEC, a/k/a AAPPTECH, a/k/a Advanced Automated Peptide Protein Technologies, a/k/a APPTECH ("Defendant") pursuant to 28 U.S.C. § 1404 and Fed. R. Civ. P. 12(b)(6), (7), respectively. Pursuant to Fed. R. Civ. P. 78, no oral argument was heard After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this   21st   day of July, 2010;

**ORDERED** Defendant's motion to transfer is **granted** [docket entry #7]; and further,

**ORDERED** this action is transferred to the Western District of Kentucy; and further,

**ORDERED** Defendant's motion to dismiss is **denied** [docket entry #7] as moot.

                                               S/ Dennis M. Cavanaugh
                                               Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:           All Counsel of Record
               Hon. J. A. Dickson, U.S.M.J.
               File